HENRY ROSENBLUM, Appellant, v. WESTCHESTER TRUST COMPANY, Respondent. — Judgment reversed, with costs, and judgment directed for plaintiff for $1,961, with interest from April 28, 1930, the date of the formal tender in cash made by plaintiff to defendant on demanding the return of his securities. (See Gillet v.

*Affd., 202 N. Y. 706.    †Affd., 262 N. Y. 704.    ‡Revd., 263 N. Y. 512.

*Bank of America*, 160 N. Y. 549.)    Settle order on notice.    Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.